IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARRY L. ALLEN                                                                                    PLAINTIFF
ADC #73791

V.                                          NO. 4:03CV00507 JWC

RANDY MUNNERLYN, et al                                                                      DEFENDANTS

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date,

judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal

from its memorandum opinion and order and this judgment entered thereunder, would not

be taken in good faith.

IT IS SO ORDERED this 18th day of August, 2005.


_____
UNITED STATES MAGISTRATE JUDGE